UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>One (1) Apple iPhone IMEI: 356149092564082 (hereinafter "**Target Device 1**"); and One (1) Apple iPhone in a black case with no serial number or identifiers, (hereinafter "**Target Device 2**") | No. 4:20 MJ 8046 SRW<br><br>FILED UNDER SEAL |

## ORDER FOR UNSEALING OF DOCUMENTS

This matter comes before the Court pursuant to a motion by the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Sara E. Koppenaal, Assistant United States Attorney for said District, moving the Court to unseal, without further notice to the Government, the search warrant, issued pursuant to Fed.R.Crim.P. 41, along with its application, affidavit, return, and other related documents filed in this matter, following the passage of 14 days from the date of this Order.

IT IS HEREBY ORDERED that the search warrant, along with its affidavit, application and return and other related documents, presently sealed under the above-referenced Cause Number, be unsealed after the passage of 14 days from the date of this Order.

STEPHEN R. WELBY
United States Magistrate Judge

Dated this 18TH day of September 2020.

2